**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**KENDRA D. LYLES**,

    Plaintiff,

vs.                                    **CASE NO. 3:05-cv-486-J-16HTS**

**JOHN E. POTTER, et al,**

    Defendants.
_____/

**O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed June 29, 2005 (Doc.#6) which Plaintiff filed objections thereto. Additionally, in an Order of the Court dated June 13, 2006, Plaintiff was directed to file an Amended Complaint which was filed June 29, 2005 (Doc #7)

Plaintiff's Objections to the Report and Recommendation consist of rambling and incoherent statements. Plaintiff's Amended Complaint fails to cure any of the deficiencies of the initial complaint and does not rationally address any legal cause of action. Plaintiff also fails to submit any documentation that administrative remedies were pursued through the Equal Employment Opportunity Commission nor was any Right to Sue letter submitted as required.

Therefore, after an independent review of the record, it is

**ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** and the Clerk of Court is hereby directed to close this case.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of March, 2006.

Copies to:
    Pro Se Party

JOHN H. MOORE II
United States District Judge